# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>             Plaintiff,<br><br>    v.<br><br>TRANSPORTES INTERCALIFORNIAS, INC., et al.,<br><br>             Defendants.<br>_____/ | Case No. 1:16-cv-01192-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE**<br><br>**(Doc. 17)** |

   The parties have filed a joint Stipulation for Dismissal of Entire Action, in which the parties state that they agreed to voluntarily dismiss this action with prejudice. (Doc. 17.) This stipulation is signed by counsel for all parties in this case. (*See id.*) As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **January 23, 2017**                           /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE